# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Kiss Trebbles,** | Case No. 1:21cv757 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| | **JUDGMENT ENTRY** |
| **State of Ohio, et al.,** | |
| **Defendants.** | |

In accordance with this Court's accompanying Memorandum Opinion and Order, this civil rights action is dismissed. The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

Date: 8/11/2021

 s/ Pamela A. Barker
PAMELA A. BARKER
U. S. DISTRICT JUDGE